IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>IC INTRACOM USA, LLC and IC INTRACOM HOLDINGS, LLC,<br><br>            Defendants. | Civil Action No. 1:12-cv-01329-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF IC INTRACOM USA, LLC AND IC INTRACOM HOLDINGS, LLC

    Plaintiff Telecomm Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendants IC Intracom USA, LLC and IC Intracom Holdings, LLC have not yet answered the Complaint.  Accordingly, Telecomm Innovations, LLC voluntarily dismisses IC Intracom USA, LLC and IC Intracom Holdings, LLC without prejudice pursuant to Rule 41(a)(1).

Dated:  January 14, 2013                               STAMOULIS & WEINBLATT LLC

                                                                       */s/ Richard C. Weinblatt*
                                                                        Stamatios Stamoulis #4606
                                                                            stamoulis@swdelaw.com
                                                                       Richard C. Weinblatt #5080
                                                                            weinblatt@swdelaw.com
                                                                       Two Fox Point Centre
                                                                       6 Denny Road, Suite 307
                                                                       Wilmington, DE 19809
                                                                       Telephone:  (302) 999-1540

                                                                       *Counsel for Plaintiff*
                                                                       *Telecomm Innovations, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080